# UNITED STATES DISTRICT COURT
for the

District of __NEVADA__

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:17-mj-01191-VCF |
| | ) | |
| GARY MICHAEL PIERSON | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Eastern District of California (AS ORDERED) | Courtroom No.: | AS ORDERED |
|---|---|---|---|
| | | Date and Time: | AS ORDERED |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: December 13, 2017

_____
*Judge's signature*

CAM FERENBACH, U.S. Magistrate Judge

*Printed name and title*



FILED
ENTERED         RECEIVED
          SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 1 3 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY